In the Matter of MORTON L. CUMMINGS, Appellant, against RAYMOND V. INGERSOLL, as President of the Borough of Brooklyn of the City of New York, Respondent.

Argued March 1, 1940; decided March 15, 1940.

734

*Morton L. Cummings*, appellant, in person.

*William C. Chanler, Corporation Counsel* (*James Hall Prothero* and *Charles F. Murphy* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.